UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

        Plaintiff,

    v.

PAUL MONSON and
JAN M. MONSON,

        Defendants.
_____/

No. CIV. S-09-0561 FCD JFM

**O R D E R**

    The defendants in this matter, PAUL MONSON and JAN M. MONSON, are now appearing in propria persona. Under Local Rule 72-302(c)(21) this matter is REFERRED to Magistrate Judge John F. Moulds for all pretrial scheduling and proceedings.

    IT IS ORDERED that any hearing dates currently set, and any initial scheduling orders issued, by the undersigned are **VACATED**. Any pending requests shall be referred to the magistrate.

    IT IS FURTHER ORDERED that all future documents filed in the above-captioned case shall reference the following case number: **CIV. S-09-0561 FCD JFM PS**. The Clerk shall issue an Initial Scheduling Order for Magistrate Judge John M. Moulds.

DATED: May 4, 2009

                                    FRANK C. DAMRELL, JR.
                                    UNITED STATES DISTRICT JUDGE