

**FILED**

AUG 11 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

1  C. ALEXANDRE BARBERA
   State Bar No. 70071
2  777 Campus Commons Road
   Suite 200
3  Sacramento, CA 95825

4  Tel:  (916) 565-7467
   Fax:  (916) 565-7468
5
   Attorney for Defendants, Paul Monson
6    and Jan Monson

7

8                UNITED STATES DISTRICT COURT

9                EASTERN DISTRICT OF CALIFORNIA

10

11  SCOTT N. JOHNSON          Case No. 2:09-CV-00561-FCD-JFM PS

12           Plaintiff,        **SUBSTITUTION OF ATTORNEY**
         vs.
13
    PAUL MONSON, et al
14
             Defendants
15
    _____/
16
    Defendants, Paul Monson and Jan Monson hereby substitute attorney
17
                  **C. ALEXANDRE BARBERA**
18                    State Bar No. 70071
                  777 Campus Commons Road
19                        Suite 200
                     Sacramento, CA 95825
20
                     Tel:(916) 565-7467
21                   Fax:(916) 565-7468

22  as their attorney of record in place and stead of themselves *in propria persona*.

23
    Date: 7/28/09     _____
24                    Paul Monson
25
    Date  7/28/09     _____
26                    Jan Monson

I accept the substitution:

Date: 8/2/09

_____
C. Alexandre Barbera
Attorney at Law

**ORDER**

It is so ordered.

Date: 8-11-09

_____
John F. Moulds
Magistrate Judge