1  **C. ALEXANDRE BARBERA**
   State Bar No. 70071
2  777 Campus Commons Road
   Suite 200
3  Sacramento, CA 95825

4  Tel:  (916) 565-7467
   Fax:  (916) 565-7468
5
   Attorney for Defendants, Paul Monson
6    and Jan Monson

7
8  **UNITED STATES DISTRICT COURT**
9  **EASTERN DISTRICT OF CALIFORNIA**
10
11 SCOTT N. JOHNSON　　　　　Case No. 2:09-CV-00561 FCD JFM
12 　　　　Plaintiff,　　　　**STIPULATION AND ORDER RE**
   　vs.　　　　　　　　　　**DISMISSAL**
13
14 PAUL MONSON, et. al.,
15 　　　　Defendants.
16 _____/

17 IT IS HEREBY STIPULATED by and between plaintiff, Scott N. Johnson and
18 defendants, Paul Monson, and Jan M. Monson, that the above-referenced complaint is,
19 and shall be, DISMISSED WITH PREJUDICE.
20 Each of the parties shall be solely responsible for his/her costs, including attorneys
21 fees, incurred.
22 THE FOREGOING IS AGREED TO BY:
23
24 　Date:　　　　　　　　　/s/
   　　　　　　　　　　　Scott N. Johnson
25 　　　　　　　　　　　Attorney and Plaintiff
26

Date: _____/s/_____
Paul Monson
Defendant

Date: _____/s/_____
Jan Monson
Defendant

Date _____/s/_____
C. Alexandre Barbera
Attorney for Defendants

**ORDER**

GOOD CAUSE APPEARING THEREFOR, the Complaint is DISMISSED WITH PREJUDICE. The parties are to solely responsible for their respective costs incurred. All pending proceedings and the trial date of November 30, 2010 are dropped.

Dated: February 8, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE